# United States District Court

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| OHIO CASUALTY INSURANCE COMPANY | JUDGMENT IN A CIVIL CASE |
| v. | |
| USAA CASUALTY INSURANCE COMPANY | CASE NUMBER: C07-5316FDB |

\_\_\_\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_XX\_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

1. Defendant USAA Casualty Insurance Company's Motion for Summary Judgment (Doc. #11) is GRANTED and all of Plaintiff Ohio Casualty Insurance Company's claims are DISMISSED with prejudice.

| | |
|---|---|
| March 13, 2008 | BRUCE RIFKIN |
| | Clerk |
| | |
| | s/ D. Forbes |
| | By, Deputy Clerk |